**FILED**
CLERK, U.S. DISTRICT COURT

**FEB 21, 2024**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, GEORGIA, ILLINOIS, INDIANA, MARYLAND, MICHIGAN, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, RHODE ISLAND; and THE COMMONWEALTH OF MASSACHUSETTS, *ex rel.* **[UNDER SEAL]**, <br><br>Plaintiffs, <br><br>v. <br><br>**[UNDER SEAL]**, <br><br>Defendants. | No. LACV 23-05490-SVW (MRWx) <br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE THAT THE STATE OF CALIFORNIA AND JOINING PLAINTIFF STATES ARE NOT INTERVENING AT THIS TIME** <br><br>**[FILED UNDER SEAL PURSUANT TO THE CAL. GOV'T CODE § 12652(c); 31 U.S.C. § 3730(b)]** <br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) STATE OF CALIFORNIA'S NOTICE THAT THE STATE OF CALIFORNIA AND OTHER JOINING PLAINTIFF STATES ARE NOT INTERVENING AT THIS TIME; (2) [PROPOSED] ORDER] |

```
                    F I L E D
              CLERK, U.S. DISTRICT COURT

                    FEB 21, 2024

              CENTRAL DISTRICT OF CALIFORNIA
              BY: _____PMC_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, GEORGIA, ILLINOIS, INDIANA, MARYLAND, MICHIGAN, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, RHODE ISLAND; and THE COMMONWEALTH OF MASSACHUSETTS, ex rel. JOHN M. LOCKWOOD, MD,**<br><br>Plaintiffs,<br><br>v.<br><br>**SANOFI US SERVICES INC.; and SANOFI-AVENTIS U.S. LLC,**<br><br>Defendants. | No. LACV 23-05490-SVW (MRWx)<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE THAT THE STATE OF CALIFORNIA AND OTHER JOINING PLAINTIFF STATES ARE NOT INTERVENING AT THIS TIME**<br><br>**[FILED UNDER SEAL PURSUANT TO THE CAL. GOV'T CODE § 12652(c); 31 U.S.C. § 3730(b)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) STATE OF CALIFORNIA'S NOTICE THAT THE STATE OF CALIFORNIA AND OTHER JOINING PLAINTIFF STATES ARE NOT INTERVENING AT THIS TIME; (2) [PROPOSED] ORDER] |

    The State of California ("California"), having notified the Court that California and the other Plaintiff States of Georgia, Illinois, Indiana, Maryland, Michigan, Nevada, New Jersey, New Mexico, New York, Rhode Island, and the

Commonwealth of Massachusetts (collectively "States") are not intervening at this time in the above-captioned action filed on behalf of the States by *qui tam* plaintiff John M. Lockwood, MD ("Relator"), but that the States will continue their investigation, pursuant to their respective state false claims statutes, the Court rules as follows:

IT IS ORDERED THAT,

1. This Order and the State of California's Notice That the State of California and Other Joining Plaintiff States Are Not Intervening at This Time are unsealed, and the Relator shall serve both upon the defendants with the Complaint;
2. All orders of this Court shall be sent to counsel of record for California;
3. The parties shall serve all pleadings filed in this action on the States as required by the States' respective false claims statutes;
4. The parties shall serve all notices of appeal filed in this action upon the States;
5. The States may order any deposition transcripts, intervene in this action at a later date, and seek the dismissal of the Relator's action or claims in accordance with their respective false claims statutes.

**IT IS SO ORDERED.**

Dated: February 21, 2024

_____
Honorable Judge Stephen V. Wilson
United States District Judge

<u>**DECLARATION OF SERVICE BY E-MAIL**</u>

Case Name:   **U.S., et al., ex rel. John M. Lockwood v. Sanofi US Services Inc., et al.**
No.:              **LACV23-05490-SVW (MRWx)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1615 Murray Canyon Road, Suite 700, San Diego, CA 92108.

On <u>February 13, 2024</u>, I served the attached

- **STATE OF CALIFORNIA'S NOTICE THAT THE STATE OF CALIFORNIA AND OTHER JOINING PLAINTIFF STATES ARE NOT INTERVENING AT THIS TIME;**

- **[PROPOSED] ORDER ON STATE OF CALIFORNIA'S NOTICE THAT THE STATE OF CALIFORNIA AND JOINING PLAINTIFF STATES ARE NOT INTERVENING AT THIS TIME;**

- **NOTICE OF APPEARANCE – JEANETTE CALINSKY and**

- **NOTICE OF APPEARANCE – NICHOLAS PAUL**

by transmitting a true copy via electronic mail to the addressed as follows:

**E-mail Address**:

HUNTER B. THOMSON
Assistant United States Attorney
hunter.thomson@usdoj.gov

YIFAN WANG
Attorney, Civil Division
United States Department of Justice
Yifan.Wang@usdoj.gov

NICOMEDES SY HERRERA
BRET D. HEMBD
Herrera Kennedy, LLP
nherrera@herrerakennedy.com
bhembd@herrerakennedy.com

**E-mail Address:**

JAMES J. BREEN
The Breen Law Firm, PA
jbreen@breenlaw.com

C. JARRETT ANDERSON
Anderson, LLC
jarrett@anderson-llc.com

JASON M. IDELL
Idell, PLLC
jason@idellpllc.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 13, 2024, at San Diego, California.

|  |  |
|---|---|
| Rachel Y. Chang | *Rachel Y. Chang* |
| Declarant | Signature |